IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ESSENTIAL INGREDIENTS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO.: |
| | ) | _____ |
| RPP PRODUCTS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

_____

## VERIFIED SUIT ON ACCOUNT
_____

Pursuant to O.C.G.A. § 9-10-112, Plaintiff Essential Ingredients, Inc. ("Essential Ingredients") hereby files this Suit on Account against Defendant RPP Products, Inc. ("RPP Products"), and shows the Court the following:

## PARTIES, JURISDICTION, AND VENUE

1.

Essential Ingredients is a Georgia corporation, with its principal place of business in Lawrenceville, Georgia.

2.

RPP Products is a California corporation, with its principal place of business in Bloomington, California. RPP Products may be served through its registered agent, David Sherak at 4400 Macarthur Blvd., Suite 900, Newport Beach CA 92660.

1

3.

This Court has subject-matter jurisdiction over this action under 28 U.S.C. § 1332 because complete diversity of citizenship exists and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4.

This Court has personal jurisdiction over RPP Products because, in entering into and performing under the Customer Bill of Rights Agreement (a true and correct copy attached hereto as Exhibit "A") and pursuant to the Terms and Conditions included in RPP Products' invoice (a true and correct copy attached hereto as Exhibit "B"), RPP Products transacted business in Georgia and benefited from the services provided by Essential Ingredients.

5.

Further, pursuant to the agreements evidenced by Exhibits "A" and "B," RPP Products consented to the personal jurisdiction of Courts located in the State of Georgia and waived and agreed not to assert any defenses or claims to the contrary.

6.

Venue is proper in this Court under 28 U.S.C. § 139l(b)(2) because a substantial part of the events giving rise to the claim occurred in Lawrenceville, Georgia, where Essential Ingredients is located.

7.

Further, pursuant to the agreements evidenced by Exhibits "A" and "B," venue is proper in this Court because RPP Products consented to the venue in the United States District Court for the Northern District of Georgia, Atlanta Division and waived and agreed not to assert any defenses or claims to the contrary.

## FACTS RELATED TO ALL COUNTS

8.

Plaintiff Essential Ingredients is in the business of raw materials supply and distribution.

9.

Defendant RPP Products is in the business of automotive manufacturing and distribution.

10.

On or about May 20, 2020, RPP Products opened an account to buy products on credit from Essential Ingredients, executing an agreement entitled "Customer Bill of Rights Agreement," attached hereto as Exhibit "A."

11.

Essential Ingredients timely shipped the ordered products for all orders placed by RPP Products and otherwise fulfilled its contractual obligations to RPP Products.

12.

Essential Ingredients invoiced RPP Products on August 13, 2020 for the amount of $126,720.00 with a due date of September 12, 2020. A true and correct copy of said invoice is attached hereto as Exhibit "B."

13.

By Email from RPP Products Financial Controller Karen Dobschutz, to Essential Ingredients' Chief Financial Officer, Chris Bissinger, RPP Products promised to make weekly payments of $5,000 on its outstanding balance: "We are sending $5k per week." See the exchange of email communications beginning October 21, 2020 through January 22, 2021 attached hereto as Exhibit "C."

14.

Beginning November 2, 2020 through November 20, 2020, RPP products made intermittent payments on its outstanding balance totaling $15,000.

15.

On January 22, 2021, Essential Ingredients received a check issued by RPP Products for $5,000 dated December 3, 2020. Essential Ingredients attempted to deposit the check on January 27, 2021, but it was returned with a "refer to maker" code. A true and correct copy of said returned check is attached hereto as Exhibit "D."

16.

Essential Ingredients was assessed a Returned Check Fee of $15.00 and sent RPP Products a Debit Memo showing the additional amount due from RPP to Essential Ingredients.  A true and correct copy of the Debit Memo is attached as Exhibit "E."

17.

Since November 20, 2020, RPP Products has failed to make any additional payments despite receiving repeated payment demands from Essential Ingredients. To date, RPP Products continues to fail and refuse to pay the outstanding amount due Essential Ingredients for said products. A true and correct copy of the Customer ledger showing all credits and debits is attached as Exhibit "F."

18.

Essential Ingredients has fully performed or tendered its performance. No further performance is due, and all preconditions to Essential Ingredients' recovering the amounts due have been satisfied.

19.

Pursuant to Section 2 of the Agreement and Paragraph 2 of the Terms & Conditions, RPP Products owes interest on the principal debt of $111,735.00 at the rate of 1.5% per month, which continues to accrue every day.

## COUNT I
## Suit on Account

20.

Essential Ingredients hereby repeats and incorporates by referenced herein the allegations of paragraphs 1 through 19 of this Complaint.

21.

RPP Products bound itself for all purchases on account by virtue of entering into the Customer Bill of Rights Agreement, opening an account with Essential Ingredients, and placing orders for Essential Ingredients' products, as evidenced by Exhibits "A,"  and "B," attached hereto.

22.

Pursuant to the agreements evidenced by Exhibits "A" and "B," Essential Ingredients has tendered its full performance and properly invoiced RPP Products for the amounts due for the Product RPP Products has purchased.

23.

Since November 2020, RPP Products has failed to pay for products it purchased on credit from Essential Ingredients.

24.

RPP Products' account is past due. There is no just cause for delay, and judgment should be entered in favor of Essential Ingredients immediately.

25.

Pursuant to O.C.G.A. § 7-4-16 and the agreements evidenced by Exhibits "A" and "B," Essential Ingredients hereby gives notice to RPP Products that Essential Ingredients is permitted to recover one and one-half percent (1.5%) per month interest on the unpaid balance, as this is a commercial account, and Essential Ingredients intends to pursue collection of such interest.

**COUNT II**
**Litigation Expenses**

26.

Essential Ingredients hereby repeats and incorporates by referenced herein the allegations of paragraphs 1 through 19 of this Complaint.

27.

RPP Products has been stubbornly litigious and has caused Essential Ingredients unnecessary trouble and expense by, among other things, refusing to pay the amounts owed.

28.

Pursuant to Section 2 of the Agreement and Paragraph 2 of the Terms & Conditions, RPP Products is required to pay Essential Ingredients' attorney's fees and other collection expenses if RPP Products' account has been put into collection for non-payment.

29.

When RPP Products failed to pay its outstanding invoices, Essential Ingredients put its account into collection.

30.

Essential Ingredients put RPP Products on notice of its intent to put the account into collection, to collect the amount due, and to charge interest and attorney's fees. Nevertheless, RPP Products failed and refused to pay the amount due.

31.

The Customer Bill of Rights Agreement and the Terms & Conditions on the Invoices are enforceable, and Essential Ingredients has satisfied every condition precedent to enforcement of Section 2 and Paragraph 2, therein.

32.

Alternatively, RPP Products is liable to Essential Ingredients for its litigation expenses under O.C.G.A. § 13-6-11. Essential Ingredients has incurred substantial legal expenses because of RPP Products' conduct. Accordingly, Essential Ingredients is entitled to an award of its actual attorney's fees pursuant to O.C.G.A. § 13-6-11.

33.

By failing and refusing to pay its debts to Essential Ingredients after repeated demands, RPP Products has acted in bad faith, been stubbornly litigious, and caused Essential Ingredients unnecessary trouble and expense.

34.

To the extent RPP Products claims it has not received notice of Essential Ingredients' intent to enforce the contractual provisions relating to attorney's fees, Essential Ingredients, by and through its attorneys, hereby notifies Defendant of its intent to enforce the contractual provisions of the Customer Bill of Rights Agreement and the Terms & Conditions on the Invoices relative to payment of attorneys' fees.

**WHEREFORE**, Essential Ingredients prays for judgment against RPP Products, as follows:

a) Entering judgment for damages in favor of Essential Ingredients and against RPP Products in the principal amount of $111,735.00, together with interest;

b) Awarding Essential Ingredients its actual attorneys' fees;

c) Awarding Essential Ingredients its costs and expenses; and

d) Awarding Essential Ingredients such other and further relief as the Court deems just and proper.

This 5th day of March, 2021.

> FRIEND, HUDAK & HARRIS, LLP
> */s/ Michael S. Reeves*
> MICHAEL S. REEVES
> Georgia Bar No. 598375
> Ann Keenum
> Georgia Bar No. 604288
> Attorneys for Essential Ingredients, Inc.

Three Ravinia Drive, Suite 1700
Atlanta, Georgia 30346-2117
(770) 399-9500
(770) 395-0000 (FAX)
mreeves@fh2.com
akeenum@fh2.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that this pleading has been prepared in the Times New Roman 14 point font, one of the font and point selections approved by the court in LR 5.1C.

FRIEND, HUDAK & HARRIS, LLP
/s/ Michael S. Reeves
By: Michael S. Reeves, Esq.
Georgia Bar No. 598375
Three Ravinia Drive
Suite 1700
Atlanta, GA 30346
(770) 399-9500
mreeves@fh2.com

# Exhibit A

## Customer Bill of Rights Agreement

This Customer Bill of Rights Agreement ("agreement") is between us, Essential Ingredients, Inc., and you, the other party signing below. It applies to all goods you order or we provide ("products") and any information, recommendations, or services that we, or any of our employees or independent contractors, may provide to you ("advice").

1. **Orders and Products**. We strive to process orders promptly and precisely. Therefore, we accept your orders for product by an email or fax confirmation containing all terms of shipment and sale not already stated below. Unless you timely notify us of any error in a confirmation, its terms are binding. We stand behind our products. If any product is not acceptable to you, for any reason, notify us in writing within ten (10) business days from your receipt and include a description of the affected product and your reason for rejecting it. Failure to so notify shall constitute acceptance of the products. If you do so notify us, we will choose one of the following: (1) To replace or issue a credit for (equal to the product price) the product being rejected, so long as it is returned to us in saleable condition or (2) To repair the product, if possible. In either case we may assess an appropriate restocking fee. All product is shipped F.O.B. our facility, unless otherwise stated in our confirmation.

2. **Payment**. In exchange for us providing you products, you agree to pay: (1) The price for products in effect when your order is confirmed (unless otherwise stated in our confirmation, full payment for each invoice is due on the date of the invoice), (2) All invoices timely and 1.5% per month interest on all invoices for which payment has not been received by us within 30-days of the invoice date, (3) All transportation, insurance, shipping cost and taxes relating to products, and (4) Our collection costs and expenses, including actual attorneys' fees and arbitration fees, incurred by us or on our behalf if we commence collection proceedings on any of our invoices.

3. **Disclaimer**. We strive to partner with suppliers that are committed to quality in all aspects of their products' manufacture. Some products carry warranties from their third-party manufacturers that may be transferable to you. **SINCE WE DO NOT MANUFACTURE PRODUCTS, WE PROVIDE THEM TO YOU "AS IS,"** DISCLAIMING **ANY EXPRESS OR IMPLIED WARRANTIES INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.**

4. <u>**LIMITATION OF LIABILITY**</u>. We are committed to our customers. As such, there may be times when we may be liable to you. **IN SUCH CASES, WE BOTH AGREE THAT: (1) OUR LIABILITY SHALL NOT EXCEED THE AMOUNT OF ANY ACTUAL LOSS OR DAMAGE, UP TO THE AGGREGATE AMOUNT YOU HAVE ACTUALLY PAID US FOR THE PRODUCT OR ADVICE THAT IS THE SUBJECT OF THE CLAIM, REGARDLESS OF THE FORM OF ACTION, INCLUDING NEGLIGENCE, STRICT LIABILITY, TORT, PRODUCT LIABILITY OR OTHERWISE AND (2) WE SHALL NOT BE LIABLE FOR (A) THIRD PARTY CLAIMS AGAINST YOU FOR LOSSES OR DAMAGES OR (B) ANY LOST PROFITS OR ANY SPECIAL, INDIRECT, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE DAMAGES WHATSOEVER, REGARDLESS OF THE FORM OF ACTION.** The limits of liability set forth in this paragraph do not apply to the bodily injury to or the death of any person or our damage to property on your premises caused by us. **NEITHER OF US MAY BRING ANY CLAIM AGAINST THE OTHER MORE THAN ONE (1) YEAR AFTER THE DATE SUCH CAUSE OF ACTION ACCRUES.** You may have additional rights under certain laws (such as consumer laws) that do not allow the exclusion of implied warranties or the exclusion or limitation of certain damages. If these laws apply, our exclusions or limitations may not apply to you.

5. **Advice**. On occasion, you may ask for and receive advice from us relating to products, mixtures, formulas, packaging or other topics. Though we strive to be helpful, we do not warrant advice. In consideration for our providing you advice, you agree (1) To be solely responsible for such advice and any use you make of it and (2) To release and hold us harmless from and against any and all claims relating to such advice.

6. **Disputes**. We strive to avoid disputes and litigation. However, sometimes they arise. This paragraph governs their settlement. Before commencing any action or arbitration, each of us shall refer the dispute to their respective chief executive officer who shall attempt to resolve the dispute in direct discussions with the other CEO. Each of us consents to the personal jurisdiction of courts located in the State of Georgia, which shall have exclusive jurisdiction over any legal action arising from or relating to this agreement or otherwise between the parties including, but not limited to, any product or advice. Venue for any action arising under this agreement shall lie exclusively in the state courts of Gwinnett County Georgia and the United States District Courts for the Northern District of Georgia, Atlanta Division and each of us waives and agrees not to assert any defenses or claims to the contrary. Each of us waives any right to a jury in any action involving the other. With respect to any controversy relating to monies due to us under this agreement, you agree that, if we so elect, we may submit such controversy to binding arbitration in Gwinnett County Georgia to be held in accordance with the current Expedited Commercial Rules of the American Arbitration Association in a proceeding with a single arbitrator and without any discovery; judgment on any arbitration award may be enforced by any court of competent jurisdiction. Each of us, as indemnitor, agrees to indemnify and hold the other, as indemnitee, harmless from and against any claims, costs, damages, expenses (including actual attorney's fees, arbitration and court costs) or liability incurred by indemnitee resulting from the indemnitor's breach of this agreement.

7. **General**. In the event any term of this agreement is declared invalid or void by any court or tribunal of competent jurisdiction, such term shall be null and void and shall be deemed severed from this agreement and all remaining terms shall remain in full force and effect. **The laws of the state of Georgia will govern this agreement** (without regard to its conflict of laws provisions) and The United States Convention on the International Sale of Goods and the United Nations Convention on the Formation of Contracts for the International Sale of Goods will not be applied to this agreement. Any delay or nonperformance by us of any provision of this agreement caused by conditions beyond our control shall not constitute a breach of this agreement by us. This agreement and our confirmations, constitute the entire agreement and understanding of the parties with respect to the subject matter hereof and any products and are intended as the final expression in complete and exclusive statement of the terms thereof and regarding all products, superseding all prior and contemporaneous orders, other contracts, representations, promises, terms and understandings, whether written or oral. This agreement may only be amended or modified only by a written document signed by both parties. You may not add to, delete from, or alter the terms of this agreement without our express written consent and, absent such consent, any additional or different terms (or deletions of terms) proposed by you will be of no force and effect.

By signing this agreement, we both acknowledge and agree to its terms.

Essential Ingredients, Inc.

By: _____

Name: Justin L. Jordan

Title:   President & Chief Operating Officer

Date:   06/19/2020

Name of Customer: **RPP Products, Inc.**

By: _Karen Dobschutz_____

Name: Karen Dobschutz

Title: Controller

Date: May 20, 2020

# Exhibit B

# Ei ESSENTIAL INGREDIENTS®

Page 1 of  2

| Invoice Number | Invoice Date |
|---|---|
| 292322 | 8/13/2020 |
| **Order Number** | **Due Date** |
| 293774 | 9/12/2020 |

**2408 Tech Center Parkway**
**Suite 200**
**Lawrenceville, GA 30043**
**PHONE: (770) 831-9010**

**Sold To:**

RPP Products, Inc.
2756 S. Riverside Avenue
Bloomington, CA 92316
United States

**Ship To:**

RPP Products, Inc.
2756 S. Riverside Avenue
Bloomington, CA 92316

| Customer PO Number | Ship Date | Sales Person | Payment Terms | | |
|---|---|---|---|---|---|
| 25153 L2 | 8/12/2020 | Molly Bishop White | Net 30 | | |
| **Ship Via** | **Freight** | | **Tax Code** | **Warehouse** | |
| Nationwide Logistics | Collect | | NOTAX | Essential Ingredients - CA | |

| Item Number/Description | Ordered | Shipped | Backorder | Unit Price | Per | Extension |
|---|---|---|---|---|---|---|
| NO-CAquaSF1-480-DR  480 LB DRUM<br>Carbopol Aqua SF-1 Polymer @ 480 LB Drum | 80.00 | 80.00 | 0 | 3.3000 | LB | 126,720.00 |
| Lot Number:     Packages:<br>0000050930          44<br>0000050929          16<br>0000050928           5<br>0000050621           4<br>0000050404          10<br>0000046699           1 | | | | | | |

| Thank you for your business! | Merchandise | Add On Charges | Tax | Total Due |
|---|---|---|---|---|
| | 126,720.00 | 0.00 | 0.00 | 126,720.00 |

**ADDITIONAL LEGALLY-BINDING TERMS AND CONDITIONS ARE SET FORTH ON THE REVERSE SIDE OF THIS INVOICE**

PLEASE READ THE FOLLOWING CAREFULLY. IT IS A LEGALLY BINDING CONTRACT AND GOVERNS YOUR RIGHTS AND OBLIGATIONS WITH RESPECT TO PRODUCTS AND SERVICES YOU ORDER FROM US.

BY ORDERING ANY PRODUCTS OR SERVICES FROM ESSENTIAL INGREDIENTS, INC., YOU AGREE, ON BEHALF OF THE PERSON OR ENTITY IDENTIFIED IN THE ORDER PLACED WITH US AND ON THE REVERSE SIDE OF THIS PAGE, TO BE BOUND BY THIS CUSTOMER BILL OF RIGHTS AGREEMENT ("AGREEMENT").

This agreement is between us, Essential Ingredients, Inc., and you, the person or entity identified in the order placed with us and on the reverse side of this page. It applies to all goods you order or we provide ("products") and any information, recommendations, or services that we, or any of our employees or independent contractors, may provide to you ("advice").

1. Orders and Products. We strive to process orders promptly and precisely. Therefore, we accept your orders for product by an email or fax confirmation containing all terms of shipment and sale not already stated below. Unless you timely notify us of any error in a confirmation, its terms are binding. We stand behind our products. If any product is not acceptable to you, for any reason, notify us in writing within ten (10) business days from your receipt and include a description of the affected product and your reason for rejecting it. Failure to so notify shall constitute acceptance of the products. If you do so notify us, we will choose one of the following: (1) To replace or issue a credit for (equal to the product price) the product being rejected, so long as it is returned to us in saleable condition or (2) To repair the product, if possible. In either case we may assess an appropriate restocking fee. All product is shipped F.O.B. our facility, unless otherwise stated in our confirmation.

2. Payment. In exchange for us providing you products, you agree to pay: (1) The price for products in effect when your order is confirmed (unless otherwise stated in our confirmation, full payment for each invoice is due on the date of the invoice), (2) All invoices timely and 1.5% per month interest on all invoices for which payment has not been received by us by the payment due date, (3) All transportation, insurance, shipping cost and taxes relating to products, and (4) Our collection costs and expenses, including actual attorneys' fees and arbitration fees, incurred by us or on our behalf if we commence collection proceedings on any of our invoices.

3. Disclaimer. We strive to partner with suppliers that are committed to quality in all aspects of their products' manufacture. Some products carry warranties from their third-party manufacturers that may be transferable to you. SINCE WE DO NOT MANUFACTURE PRODUCTS, WE PROVIDE THEM TO YOU "AS IS," DISCLAIMING ANY EXPRESS OR IMPLIED WARRANTIES INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

4. LIMITATION OF LIABILITY. We are committed to our customers. As such, there may be times when we may be liable to you. IN SUCH CASES, WE BOTH AGREE THAT: (1) OUR LIABILITY SHALL NOT EXCEED THE AMOUNT OF ANY ACTUAL LOSS OR DAMAGE, UP TO THE AGGREGATE AMOUNT YOU HAVE ACTUALLY PAID US FOR THE PRODUCT OR ADVICE THAT IS THE SUBJECT OF THE CLAIM, REGARDLESS OF THE FORM OF ACTION, INCLUDING NEGLIGENCE, STRICT LIABILITY, TORT, PRODUCT LIABILITY OR OTHERWISE AND (2) WE SHALL NOT BE LIABLE FOR (A) THIRD PARTY CLAIMS AGAINST YOU FOR LOSSES OR DAMAGES OR (B) ANY LOST PROFITS OR ANY SPECIAL, INDIRECT, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE DAMAGES WHATSOEVER, REGARDLESS OF THE FORM OF ACTION. The limits of liability set forth in this paragraph do not apply to the bodily injury to or the death of any person or our damage to property on your premises caused by us. NEITHER OF US MAY BRING ANY CLAIM AGAINST THE OTHER MORE THAN ONE (1) YEAR AFTER THE DATE SUCH CAUSE OF ACTION ACCRUES. You may have additional rights under certain laws (such as consumer laws) that do not allow the exclusion of implied warranties or the exclusion or limitation of certain damages. If these laws apply, our exclusions or limitations may not apply to you.

5. Advice. On occasion, you may ask for and receive advice from us relating to products, mixtures, formulas, packaging or other topics. Though we strive to be helpful, we do not warrant advice. In consideration for our providing you advice, you agree (1) To be solely responsible for such advice and any use you make of it and (2) To release and hold us harmless from and against any and all claims relating to such advice.

6. Disputes. We strive to avoid disputes and litigation. However, sometimes they arise. This paragraph governs their settlement. Before commencing any action or arbitration, each of us shall refer the dispute to their respective chief executive officer who shall attempt to resolve the dispute in direct discussions with the other CEO. Each of us consents to the personal jurisdiction of courts located in the State of Georgia, which shall have exclusive jurisdiction over any legal action arising from or relating to this agreement or otherwise between the parties including, but not limited to, any product or advice. Venue for any action arising under this agreement shall lie exclusively in the state courts of Gwinnett County Georgia and the United States District Courts for the Northern District of Georgia, Atlanta Division and each of us waives and agrees not to assert any defenses or claims to the contrary. Each of us waives any right to a jury in any action involving the other. With respect to any controversy relating to monies due to us under this agreement, you agree that, if we so elect, we may submit such controversy to binding arbitration in Gwinnett County Georgia to be held in accordance with the current Expedited Commercial Rules of the American Arbitration Association in a proceeding with a single arbitrator and without any discovery; judgment on any arbitration award may be enforced by any court of competent jurisdiction. Each of us, as indemnitor, agrees to indemnify and hold the other, as indemnitee, harmless from and against any claims, costs, damages, expenses (including actual attorney's fees, arbitration and court costs) or liability incurred by indemnitee resulting from the indemnitor's breach of this agreement.

7. General. In the event any term of this agreement is declared invalid or void by any court or tribunal of competent jurisdiction, such term shall be null and void and shall be deemed severed from this agreement and all remaining terms shall remain in full force and effect. The laws of the state of Georgia will govern this agreement (without regard to its conflict of laws provisions) and The United States Convention on the International Sale of Goods and the United Nations Convention on the Formation of Contracts for the International Sales of Goods will not be applied to this agreement. Any delay or nonperformance by us of any provision of this agreement caused by conditions beyond our control shall not constitute a breach of this agreement by us. This agreement and our confirmations, constitute the entire agreement and understanding of the parties with respect to the subject matter hereof and any products and are intended as the final expression in complete and exclusive statement of the terms thereof and regarding all products, superseding all prior and contemporaneous orders, other contracts, representations, promises, terms and understandings, whether written or oral. This agreement may only be amended or modified only by a written document signed by both parties, or by a subsequent version issued by us. You may not add to, delete from, or alter the terms of this agreement without our express written consent and, absent such consent, any additional or different terms (or deletions of terms) proposed by you will be of no force and effect.

# Exhibit C

**From:** Chris Bissinger
**Sent:** Wednesday, January 27, 2021 10:18 AM
**To:** Karen Dobschutz; Scot Lamb
**Cc:** Molly Bishop White; Eric Mohlenhoff
**Subject:** FW: RPP - Returned Check

Karen / Scot – Check #6850 dated 12/3/2020 (received by Ei on 1/22/2021) was returned today. Reason for return is "refer to maker". Can you explain what happened?

Also, did you issue an additional $5k payment last Friday?





Chris Bissinger
CFO
Phone: 678-551-6818
Mobile: 770-861-5795
www.essentialingredients.com
100% Employee-Owned

This message, including any information in this message and any attached files, is intended only for the person(s) or entity to which it is addressed. Follow this link for further important information: http://www.essentialingredients.com/emaildisclaimer.aspx

## Returned Deposit Details

**$5,000.00**
Total

📅 Jan 26, 2021
Post date

🖼 1
Checks returned

O The paying bank returned the check with the reason "Refer to Maker." You can contact your payer for more information.

**Front** | Back



THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THE CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

## Refer to Maker

**RPP** Products, Inc.
2756 S. RIVERSIDE AVE.
BLOOMINGTON, CA 92316

WELLS FARGO  Wells Fargo Bank, N.A.

6850

12/3/2020

PAY TO THE ORDER OF   ESSENTIAL INGREDIENTS    $ **5,000.00

Five Thousand and 00/100************************************************************************ DOLLARS

ESSENTIAL INGREDIENTS
2408 TECH CENTER PARKWAY\
SUITE 200
LAWRENCEVILLE, GA 30043

MEMO
SO#293774

⑈006850⑈ ⑆121000248⑆ 4128945938⑈

| | |
|---|---|
| Account # | 4128945938 |
| Routing # | 12100024 |
| Check # | 00000006850 |
| Reason for return | Refer to maker |

 **Essential**
INGREDIENTS.

Eric Mohlenhoff
Director of Finance
Phone: 678-730-1676
www.essentialingredients.com
100% Employee-Owned

This message, including any information in this message and any attached files, is intended only for the person(s) or entity to which it is addressed. Follow this link for further important information: http://www.essentialingredients.com/emaildisclaimer.aspx

**From:** Chris Bissinger
**Sent:** Friday, January 22, 2021 12:48 PM
**To:** Karen Dobschutz; Scot Lamb
**Cc:** Eric Mohlenhoff; Jim Franovich; Molly Bishop White
**Subject:** RE: Payment Plan for RPP Products

Thanks for the confirmation.

I actually just received word the $5k check mailed last week was received by our accounting staff today.



Chris Bissinger
CFO
Phone: 678-551-6818
Mobile: 770-861-5795
www.essentialingredients.com
100% Employee-Owned

This message, including any information in this message and any attached files, is intended only for the person(s) or entity to which it is addressed. Follow this link for further important information: http://www.essentialingredients.com/emaildisclaimer.aspx

**From:** Karen Dobschutz <kdobschutz@rppproducts.com>
**Sent:** Friday, January 22, 2021 12:46 PM
**To:** Chris Bissinger <cbissinger@essentialingredients.com>; Scot Lamb <slamb@rppproducts.com>
**Cc:** Eric Mohlenhoff <emohlenhoff@essentialingredients.com>; Jim Franovich <jfranovich@essentialingredients.com>; Molly Bishop White <mwhite@essentialingredients.com>
**Subject:** RE: Payment Plan for RPP Products

**[EXTERNAL]**

Yes, there is still a check outstanding in transit to you and I will be issuing another one today.

**From:** Chris Bissinger <cbissinger@essentialingredients.com>
**Sent:** Friday, January 22, 2021 9:26 AM
**To:** Karen Dobschutz <kdobschutz@rppproducts.com>; Scot Lamb <slamb@rppproducts.com>
**Cc:** Eric Mohlenhoff <emohlenhoff@essentialingredients.com>; Jim Franovich <jfranovich@essentialingredients.com>; Molly Bishop White <mwhite@essentialingredients.com>
**Subject:** RE: Payment Plan for RPP Products

Karen – Did you send out the $5,000 check last week? Will another $5,000 check be issued today?

Thanks,
Chris



Chris Bissinger
CFO
Phone: 678-551-6818
Mobile: 770-861-5795
www.essentialingredients.com
100% Employee-Owned

This message, including any information in this message and any attached files, is intended only for the person(s) or entity to which it is addressed. Follow this link for further important information: http://www.essentialingredients.com/emaildisclaimer.aspx

**From:** Karen Dobschutz <kdobschutz@rppproducts.com>
**Sent:** Friday, January 22, 2021 11:57 AM
**To:** Chris Bissinger <cbissinger@essentialingredients.com>; Scot Lamb <slamb@rppproducts.com>
**Cc:** Eric Mohlenhoff <emohlenhoff@essentialingredients.com>; Jim Franovich <jfranovich@essentialingredients.com>; Molly Bishop White <mwhite@essentialingredients.com>
**Subject:** RE: Payment Plan for RPP Products

**[EXTERNAL]**

Hi Chris,

I am changing these payment to checks…it is too hard to get an ACH done. The payments will go out each Friday.

**From:** Chris Bissinger <cbissinger@essentialingredients.com>
**Sent:** Friday, January 22, 2021 8:22 AM
**To:** Karen Dobschutz <kdobschutz@rppproducts.com>; Scot Lamb <slamb@rppproducts.com>
**Cc:** Eric Mohlenhoff <emohlenhoff@essentialingredients.com>; Jim Franovich <jfranovich@essentialingredients.com>; Molly Bishop White <mwhite@essentialingredients.com>
**Subject:** RE: Payment Plan for RPP Products

Karen / Scot – I would really appreciate an update today as we haven't received any amounts from RPP this week.

Was the $5,000 check ever mailed? When will the initial recurring ACH be processed and what is the intended amount?

Thanks,
Chris



Chris Bissinger
CFO
Phone: 678-551-6818
Mobile: 770-861-5795
www.essentialingredients.com
100% Employee-Owned

This message, including any information in this message and any attached files, is intended only for the person(s) or entity to which it is addressed. Follow this link for further important information: http://www.essentialingredients.com/emaildisclaimer.aspx

**From:** Chris Bissinger
**Sent:** Tuesday, January 19, 2021 11:16 AM

2

**To:** 'Karen Dobschutz' <kdobschutz@rppproducts.com>; Scot Lamb <slamb@rppproducts.com>
**Subject:** RE: Payment Plan for RPP Products

Karen / Scot – Circling back on the below.

Were you able to send the $5,000 check last week? When will the initial ACH be processed this week? What is the scheduled $$ amount?

Thanks,
Chris



Chris Bissinger
CFO
Phone: 678-551-6818
Mobile: 770-861-5795
www.essentialingredients.com
100% Employee-Owned

This message, including any information in this message and any attached files, is intended only for the person(s) or entity to which it is addressed. Follow this link for further important information: http://www.essentialingredients.com/emaildisclaimer.aspx

---

**From:** Karen Dobschutz <kdobschutz@rppproducts.com>
**Sent:** Thursday, January 14, 2021 7:17 PM
**To:** Chris Bissinger <cbissinger@essentialingredients.com>; Scot Lamb <slamb@rppproducts.com>
**Subject:** RE: Payment Plan for RPP Products

**[EXTERNAL]**

Chris,

I just found that I have been holding a check for $5,000. I have not been out of my house for over a month but will venture out tomorrow and mail it. We will be starting the auto ACH next week.

---

**From:** Chris Bissinger <cbissinger@essentialingredients.com>
**Sent:** Thursday, January 14, 2021 3:44 PM
**To:** Scot Lamb <slamb@rppproducts.com>
**Cc:** Karen Dobschutz <kdobschutz@rppproducts.com>
**Subject:** RE: Payment Plan for RPP Products

Afternoon, Scot – I'm following up on yesterday's conversation.

Wondering if you have an update on the auto pay timing, amount, form (check vs EFT), etc?

Thanks,
Chris



Chris Bissinger
CFO
Phone: 678-551-6818
Mobile: 770-861-5795
www.essentialingredients.com
100% Employee-Owned

This message, including any information in this message and any attached files, is intended only for the person(s) or entity to which it is addressed. Follow this link for further important information: http://www.essentialingredients.com/emaildisclaimer.aspx

**From:** Chris Bissinger
**Sent:** Tuesday, January 12, 2021 12:29 PM
**To:** Scot Lamb <slamb@rppproducts.com>
**Subject:** FW: Payment Plan for RPP Products

Essential Ingredients electronic payment instructions.



Chris Bissinger
CFO
Phone: 678-551-6818
Mobile: 770-861-5795
www.essentialingredients.com
100% Employee-Owned

This message, including any information in this message and any attached files, is intended only for the person(s) or entity to which it is addressed. Follow this link for further important information: http://www.essentialingredients.com/emaildisclaimer.aspx

**From:** Chris Bissinger
**Sent:** Monday, January 4, 2021 1:28 PM
**To:** Scot Lamb <slamb@rppproducts.com>
**Cc:** Kat Terrill <kterrill@rppproducts.com>; Karen Dobschutz <kdobschutz@rppproducts.com>; Eric Mohlenhoff <emohlenhoff@essentialingredients.com>; Jim Franovich <jfranovich@essentialingredients.com>; Claudia M. Geist <cgeist@essentialingredients.com>; Molly Bishop White <mwhite@essentialingredients.com>
**Subject:** FW: Payment Plan for RPP Products

Scot – Happy New Year!

I'm just following up on the below correspondence. Essential has not received a payment from RPP since check #6748 was received on Nov 20th ($5,000).

Can you please provide a payment status update today?

Thanks,
Chris



Chris Bissinger
CFO
Phone: 678-551-6818
Mobile: 770-861-5795
www.essentialingredients.com
100% Employee-Owned

This message, including any information in this message and any attached files, is intended only for the person(s) or entity to which it is addressed. Follow this link for further important information: http://www.essentialingredients.com/emaildisclaimer.aspx

**From:** Chris Bissinger
**Sent:** Friday, December 18, 2020 3:23 PM
**To:** Scot Lamb <slamb@rppproducts.com>
**Cc:** Eric Mohlenhoff <emohlenhoff@essentialingredients.com>; Jim Franovich <jfranovich@essentialingredients.com>; Claudia M. Geist <cgeist@essentialingredients.com>; Molly Bishop White <mwhite@essentialingredients.com>; Daniel Doan <ddoan@rppproducts.com>; Kat Terrill <kterrill@rppproducts.com>; Karen Dobschutz <kdobschutz@rppproducts.com>
**Subject:** RE: Payment Plan for RPP Products

Scot – It was great speaking with you a few weeks ago. Based on our conversation and the message from Karen below, I was expecting the $5k weekly payments to resume. Unfortunately, that has not happened. The last payment Essential received from RPP was on Nov 20th.

I would appreciate a payment status update at your earliest convenience. Also, would you be open to submitting electronic payments going forward? I have attached Essential's wire and ACH instructions just in case.

Thanks,
Chris



Chris Bissinger
CFO
Phone: 678-551-6818
Mobile: 770-861-5795
www.essentialingredients.com
100% Employee-Owned

This message, including any information in this message and any attached files, is intended only for the person(s) or entity to which it is addressed. Follow this link for further important information: http://www.essentialingredients.com/emaildisclaimer.aspx

**From:** Karen Dobschutz <kdobschutz@rppproducts.com>
**Sent:** Friday, December 4, 2020 4:02 PM
**To:** Kat Terrill <kterrill@rppproducts.com>; Scot Lamb <slamb@rppproducts.com>; Daniel Doan <ddoan@rppproducts.com>; Chris Bissinger <cbissinger@essentialingredients.com>
**Cc:** Eric Mohlenhoff <emohlenhoff@essentialingredients.com>; Jim Franovich <jfranovich@essentialingredients.com>; Claudia M. Geist <cgeist@essentialingredients.com>; Molly Bishop White <mwhite@essentialingredients.com>
**Subject:** Re: Payment Plan for RPP Products

[EXTERNAL]

5k

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Chris Bissinger <cbissinger@essentialingredients.com>
**Sent:** Friday, December 4, 2020 12:57:42 PM
**To:** Karen Dobschutz <kdobschutz@rppproducts.com>; Kat Terrill <kterrill@rppproducts.com>; Scot Lamb <slamb@rppproducts.com>; Daniel Doan <ddoan@rppproducts.com>
**Cc:** Eric Mohlenhoff <emohlenhoff@essentialingredients.com>; Jim Franovich <jfranovich@essentialingredients.com>; Claudia M. Geist <cgeist@essentialingredients.com>; Molly Bishop White <mwhite@essentialingredients.com>
**Subject:** RE: Payment Plan for RPP Products

For $10 or $15k?



Chris Bissinger
CFO
Phone: 678-551-6818
Mobile: 770-861-5795
www.essentialingredients.com
100% Employee-Owned

This message, including any information in this message and any attached files, is intended only for the person(s) or entity to which it is addressed. Follow this link for further important information: http://www.essentialingredients.com/emaildisclaimer.aspx

---

**From:** Karen Dobschutz <kdobschutz@rppproducts.com>
**Sent:** Friday, December 4, 2020 3:47 PM
**To:** Chris Bissinger <cbissinger@essentialingredients.com>; Kat Terrill <kterrill@rppproducts.com>; Scot Lamb <slamb@rppproducts.com>; Daniel Doan <ddoan@rppproducts.com>
**Cc:** Eric Mohlenhoff <emohlenhoff@essentialingredients.com>; Jim Franovich <jfranovich@essentialingredients.com>; Claudia M. Geist <cgeist@essentialingredients.com>; Molly Bishop White <mwhite@essentialingredients.com>
**Subject:** RE: Payment Plan for RPP Products

**[EXTERNAL]**

---

We have a check in the mail to you.

---

**From:** Chris Bissinger <cbissinger@essentialingredients.com>
**Sent:** Friday, December 4, 2020 12:20 PM
**To:** Karen Dobschutz <kdobschutz@rppproducts.com>; Kat Terrill <kterrill@rppproducts.com>; Scot Lamb <slamb@rppproducts.com>; Daniel Doan <ddoan@rppproducts.com>
**Cc:** Eric Mohlenhoff <emohlenhoff@essentialingredients.com>; Jim Franovich <jfranovich@essentialingredients.com>; Claudia M. Geist <cgeist@essentialingredients.com>; Molly Bishop White <mwhite@essentialingredients.com>
**Subject:** RE: Payment Plan for RPP Products

Karen – Essential has not received a payment from RPP for the past 2 weeks.

Based on your below message, I was expecting to receive $5k payments on a weekly basis until the $112k balance was settled. Please provide a payment status update.

Thanks,
Chris



Chris Bissinger
CFO
Phone: 678-551-6818
Mobile: 770-861-5795
www.essentialingredients.com
100% Employee-Owned

This message, including any information in this message and any attached files, is intended only for the person(s) or entity to which it is addressed. Follow this link for further important information: http://www.essentialingredients.com/emaildisclaimer.aspx

**From:** Karen Dobschutz <kdobschutz@rppproducts.com>
**Sent:** Monday, November 9, 2020 12:35 PM
**To:** Kat Terrill <kterrill@rppproducts.com>; Scot Lamb <slamb@rppproducts.com>; Daniel Doan <ddoan@rppproducts.com>; Chris Bissinger <cbissinger@essentialingredients.com>
**Cc:** Eric Mohlenhoff <emohlenhoff@essentialingredients.com>; Jim Franovich <jfranovich@essentialingredients.com>; Claudia M. Geist <cgeist@essentialingredients.com>; Molly Bishop White <mwhite@essentialingredients.com>
**Subject:** Re: Payment Plan for RPP Products

**[EXTERNAL]**

<mark>We are sending $5k per week.</mark> Just sent another check out last week.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Chris Bissinger <cbissinger@essentialingredients.com>
**Sent:** Monday, November 9, 2020 9:12:46 AM
**To:** Karen Dobschutz <kdobschutz@rppproducts.com>; Kat Terrill <kterrill@rppproducts.com>; Scot Lamb <slamb@rppproducts.com>; Daniel Doan <ddoan@rppproducts.com>
**Cc:** Eric Mohlenhoff <emohlenhoff@essentialingredients.com>; Jim Franovich <jfranovich@essentialingredients.com>; Claudia M. Geist <cgeist@essentialingredients.com>; Molly Bishop White <mwhite@essentialingredients.com>
**Subject:** RE: Payment Plan for RPP Products

Karen – I'm following up on my previous message.

Who on your team should we connect with regarding the proposed payment plan?



Chris Bissinger
CFO
Phone: 678-551-6818
Mobile: 770-861-5795
www.essentialingredients.com
100% Employee-Owned

This message, including any information in this message and any attached files, is intended only for the person(s) or entity to which it is addressed. Follow this link for further important information: http://www.essentialingredients.com/emaildisclaimer.aspx

**From:** Chris Bissinger
**Sent:** Wednesday, November 4, 2020 8:31 AM
**To:** Karen Dobschutz <kdobschutz@rppproducts.com>; Kat Terrill <kterrill@rppproducts.com>; Scot Lamb <slamb@rppproducts.com>; Daniel Doan <ddoan@rppproducts.com>
**Cc:** Eric Mohlenhoff <emohlenhoff@essentialingredients.com>; Jim Franovich <jfranovich@essentialingredients.com>; Claudia M. Geist <cgeist@essentialingredients.com>; Molly Bishop White <mwhite@essentialingredients.com>
**Subject:** RE: Payment Plan for RPP Products

Karen – We received the $5k payment. Thank you.

Can you now share additional details on your proposed payment plan? I'm available at the number highlighted below if its easier to discuss live.

Thanks,
Chris



Chris Bissinger
CFO
Phone: 678-551-6818
Mobile: 770-861-5795
www.essentialingredients.com
100% Employee-Owned

This message, including any information in this message and any attached files, is intended only for the person(s) or entity to which it is addressed. Follow this link for further important information: http://www.essentialingredients.com/emaildisclaimer.aspx

**From:** Karen Dobschutz <kdobschutz@rppproducts.com>
**Sent:** Thursday, October 29, 2020 2:44 PM
**To:** Kat Terrill <kterrill@rppproducts.com>; Chris Bissinger <cbissinger@essentialingredients.com>; Scot Lamb <slamb@rppproducts.com>; Daniel Doan <ddoan@rppproducts.com>
**Cc:** Eric Mohlenhoff <emohlenhoff@essentialingredients.com>; Jim Franovich <jfranovich@essentialingredients.com>; Claudia M. Geist <cgeist@essentialingredients.com>; Molly Bishop White <mwhite@essentialingredients.com>
**Subject:** RE: Payment Plan for RPP Products

[EXTERNAL]

Hi Chris,

We are sending a $5k check in the mail today to start the payment plan.

**From:** Kat Terrill <kterrill@rppproducts.com>
**Sent:** Thursday, October 29, 2020 10:45 AM
**To:** 'Chris Bissinger' <cbissinger@essentialingredients.com>; Karen Dobschutz <kdobschutz@rppproducts.com>; Scot Lamb <slamb@rppproducts.com>; Daniel Doan <ddoan@rppproducts.com>
**Cc:** Eric Mohlenhoff <emohlenhoff@essentialingredients.com>; Jim Franovich <jfranovich@essentialingredients.com>; Claudia M. Geist <cgeist@essentialingredients.com>; Molly Bishop White <mwhite@essentialingredients.com>
**Subject:** RE: Payment Plan for RPP Products

I've copied Scot & Daniel.

Scot will get back to you – he is off on Thursday's.

Thank you
Kat

---

**From:** Chris Bissinger <cbissinger@essentialingredients.com>
**Sent:** Thursday, October 29, 2020 10:23 AM
**To:** Karen Dobschutz <kdobschutz@rppproducts.com>
**Cc:** Eric Mohlenhoff <emohlenhoff@essentialingredients.com>; Jim Franovich <jfranovich@essentialingredients.com>;
Claudia M. Geist <cgeist@essentialingredients.com>; Molly Bishop White <mwhite@essentialingredients.com>; Kat
Terrill <kterrill@rppproducts.com>
**Subject:** RE: Payment Plan for RPP Products

Hi Karen – My name is Chris Bissinger and I am CFO at Essential Ingredients.

I would like to hear more about your proposed payment plan. What's a good time and number to reach you to discuss?



Chris Bissinger
CFO
Phone: 678-551-6818
Mobile: 770-861-5795
www.essentialingredients.com
100% Employee-Owned



This message, including any information in this message and any attached files, is intended only for the person(s) or entity to which it is
addressed. Follow this link for further important information: http://www.essentialingredients.com/emaildisclaimer.aspx

---

**From:** Karen Dobschutz <kdobschutz@rppproducts.com>
**Sent:** Wednesday, October 21, 2020 10:05 PM
**To:** Claudia M. Geist <cgeist@essentialingredients.com>
**Subject:** Payment Plan for RPP Products

**[EXTERNAL]**

Hi Claudia,

Just wanted to let you know that we are working on a payment plan for your invoice.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

# Exhibit D

# $5,000.00
Total

Jan 26, 2021
Post date

1
Checks returned

The paying bank returned the check with the reason "Refer to Maker." You can contact your payer for more information.

Front | Back

THE RED THERMO SECURED "SF" LOGO IN THE LOWER CORNER OF THIS CHECK MUST DISAPPEAR REVERSIBLY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

## Refer to Maker



2756 S. RIVERSIDE AVE.
BLOOMINGTON, CA 92316

 Wells Fargo Bank, N.A.

6850

12/3/2020

PAY TO THE
ORDER OF ___ESSENTIAL INGREDIENTS_____ $ **5,000.00

Five Thousand and 00/100********************************************************************************** DOLLARS

ESSENTIAL INGREDIENTS
2408 TECH CENTER PARKWAY\
SUITE 200
LAWRENCEVILLE, GA 30043

MEMO

SO#293774

⑈006850⑈ ⑆121000248⑆ 4128945938⑈

Account #    4128945938

Routing #    12100024

Check #    000000006850

# Exhibit E



Page 1 of  1

| DATE | NUMBER |
|---|---|
| 1/27/2021 | 302011 |
| DATE SHIPPED | ASSOCIATED NO. |
| 8/12/2020 | Inv # 292322 |

**2408 Tech Center Parkway**
**Suite 200**
**Lawrenceville, GA 30043**
**PHONE: (770) 831-9010**

# DEBIT MEMO

**Sold To:**

RPP Products, Inc.
2756 S. Riverside Avenue
Bloomington, CA  92316
United States

**Ship To:**

RPP Products, Inc.
2756 S. Riverside Avenue
Bloomington, CA  92316
United States

| CUSTOMER PO NUMBER | Order Number | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|
| 25153 L2 | 293774 | | Molly Bishop White | Cash In Advance |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | Bank fees for returned check 6850 | | | 15.00 |
| | | AMOUNT DUE | | | |
| | | Bank fees for returned check 6850 | | | |

| | TOTAL | 15.00 |
|---|---|---|

Thank you for your business!

**PAY THIS AMOUNT**



# Exhibit F

**2408 Tech Center Parkway**
**Suite 200**
**Lawrenceville, GA 30043**
**PHONE: (770) 831-9010**

| DATE |
|---|
| 02/26/2021 |
| CUSTOMER NO. |
| 18941 |

# STATEMENT

| BILLING ADDRESS |
|---|

RPP Products, Inc.
2756 S. Riverside Avenue
Bloomington, CA  92316
United States

| REMIT TO |
|---|

Essential Ingredients, Inc
2408 Tech Center Parkway
Suite 200
Lawrenceville, GA  30043

| REFERENCE NO. | REF. DATE | CUST. PO NO. | CURRENT | OVER 30 | OVER 60 | DUE DATE | TOTAL |
|---|---|---|---|---|---|---|---|
| IN      292322 | 8/13/2020 | 25153 L2 | | | 126,720.00 | 9/12/2020 | 126,720.00 |
| CHECK    6643 | 11/2/2020 | | | | | | -5,000.00 |
| CHECK    6696 | 11/13/2020 | | | | | | -5,000.00 |
| CHECK    6748 | 11/20/2020 | | | | | | -5,000.00 |
| DM      302011 | 1/27/2021 | | | | | | 15.00 |

| CURRENT | +30 DAYS | +60 DAYS |
|---|---|---|
| 0.00 | 0.00 | 111,735.00 |

| TOTAL DUE |
|---|
| 111,735.00 |

## **VERIFICATION**

PERSONALLY APPEARED before me, the undersigned officer duly authorized to administer oaths, CHRIS BISSINGER, who after being first duly sworn, states that the facts contained in the foregoing **VERIFIED SUIT ON ACCOUNT** are true and correct to the best of his knowledge, information, and belief.

_____
CHRIS BISSINGER, Chief Financial Officer
Essential Ingredients, Inc.,

Sworn to and subscribed before me,
this __5th__ day of March, 2021.

_____
Notary Public
My commission expires: 01/08/2024

12